**KAUFMAN DOLOWICH & VOLUCK, LLP**
AIMEE G. HAMOY (SBN 221228)
ROGELIO SERRANO (SBN 312004)
180 Grand Ave, Suite 995
Oakland, CA  94612
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
E-mail: ahamoy@kdvlaw.com;
          rserrano@kdvlaw.com

Attorneys for Defendants
CITY OF SAUSALITO, SAUSALITO POLICE
DEPARTMENT, CHIEF JOHN ROHRBACHER,
DETECTIVE DAVIN ROSE, POLICE
OFFICERS' THOMAS GEORGES, SEAN
SMAGALSKI, NICK WHITE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY PORTJE AND AMY PORTJE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAUSALITO, SAUSALITO POLICE DEPARTMENT, CHIEF JOHN ROHRBACHER, DETECTIVE DAVIN ROSE, POLICE OFFICERS' THOMAS GEORGES, SEAN SMAGALSKI, NICK WHITE, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.:  3:22-cv-01029<br><br>**JOINT INITIAL CASE MANAGEMENT CONFERENCE STATEMENT** : ORDER<br><br>**DATE: June 9, 2023**<br>**TIME: 8:30 A.M.**<br>**Courtroom: 6 – 17th Fl.**<br>            **San Francisco** |

        The parties hereby submit this Joint Case Management Conference Statement.  Plaintiffs Jeremy Portje and Amy Portje are represented by Charles Bonner and A. Cabral Bonner of The Law Offices of Bonner & Bonner.  Defendants City of Sausalito, et al, are represented by Aimee Hamoy and Rogelio Serrano of Kaufman Dolowich & Voluck.

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

1. **Jurisdiction and Service**: All parties have been served in this matter.  Plaintiffs' allegations include First Amendment, Fourth Amendment, and Fourteenth Amendment claims, as well as corresponding state law claims of discrimination, negligence and seek monetary damages. Therefore, venue is proper in the Northern District of California.

2. **Facts**: Sausalito police officers Sean Smagalski, Nick White, and Thomas Georges responded to a call regarding an assault and battery at the Marinship homeless encampment in Sausailto on November 30, 2021.  Plaintiff Jeremy Portje, allegedly acting as a photo journalist, was filming activities in the encampment area using a video camera on a tripod while the officers were investigating the assault and battery that had been reported.  After some time in the area, Plaintiff Jeremy Portje was arrested by Sgt. Thomas Georges with the assistance of Officer Nick White and Sean Smagalski for striking Sgt. Georges with his video camera.  Plaintiff Jeremy Portje's personal property was seized as part of the arrest.  Plaintiff claimed his shoulder was injured during the arrest and was taken to a local hospital for emergency treatment.  Plaintiff was released that evening and was held in custody until the following early morning.  Plaintiff claims he was wrongfully arrested and that his personal property was wrongfully searched, despite the issuance of a search warrant to do so.  Plaintiff's property was returned to him after charges were not filed.  Plaintiff's wife, Amy Portje, claims loss of consortium/emotional distress as a result of Plaintiff Jeremy Portje's arrest and detention. Defendants City of Sausalito, et al. dispute Plaintiff Jeremy Portje's claim that he was arrested improperly.  Defendants further contend the search warrant was properly issued and no violation of the United States Constitution or any state law occurred.

3. **Legal Issues**:

   Plaintiff Jeremy Portje claims his First, Fourth, and Fourteenth Amendment rights were violated.  He further claims violations under California state laws and seeks monetary damages for emotional distress as well as attorney's fees.  Plaintiff Amy Portje asserts a derivative claim for loss of consortium as a result of her husband's arrest.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Defendants dispute these claims and assert that Plaintiff Jeremy Portje was arrested with probable cause.  Defendants further contend there was no violation of any state or federal laws related to Plaintiff's arrest and that a search warrant was properly obtained related to Plaintiff's personal property (including video camera and cell phone).

4. **Motions**: There are no motions pending at this time.  Defendants anticipate filing a motion for summary judgment.

5. **Amendment of Pleadings**: The parties proposed September 30, 2022 as the deadline to amend any pleadings.

6. **Evidence Preservation**: The parties confirm they have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines"), and have met and conferred pursuant to Fed. R. Civ. P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action.

7. **Disclosures**: Initial disclosures were made by the parties and documents will be exchanged following entry of a stipulated protective order.  The parties have identified witnesses and documents relevant the issues in the case.

8. **Discovery**: The parties have completed the deposition of Plaintiff Jeremy Portje.  The depositions of the Defendants will likely be completed by end of August.  The parties have issued subpoenas and will continue working on completing written discovery by end of September.

9. **Class Actions**: This matter is not a class action.

10. **Related Cases**: There are no related cases at this time.

11. **Relief**: All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12. **Settlement and ADR**: The parties have discussed ADR options and are selecting a mediator in order to meet the current deadline of September 2, 2023.

13. **Consent to Magistrate Judge For All Purposes**: The parties do not consent to a magistrate for trial.

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

14. **Other References**: No other references at this time.

15. **Narrowing of Issues**: No narrowing of issues reached at this time or request to bifurcate.

16. **Expedited Trial Procedure**: The parties do not believe this matter can be handled under Expedited Trial Procedure.

17. **Scheduling**: The parties propose the following dates:

- Designation Of Experts            2/2/24
- Discovery Cutoff                   2/29/24
- Hearing Of Dispositive Motions    4/25/24
- ~~Pretrial Conference~~            ~~7/3/24~~   TBD
- ~~Jury Trial~~                     ~~8/7/24~~   TBD

The Law Offices of Bonner & Bonner is not available for trial from January through July 2024.

18. **Trial**: Jury trial estimated at 7-8 days.

19. **Disclosure of Non-party Interested Entities or Persons**: The parties will have filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-15 in advance of the case management conference.

20. **Professional Conduct**: All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1   21. **Other Matters:** No additional matters to be discussed at this time.

2

3

4

5   Dated:  June 2, 2023                              KAUFMAN DOLOWICH & VOLUCK, LLP

6

7                                                     /s/ *Aimee G. Hamoy*

8                                                     AIMEE G. HAMOY
                                                      Attorneys for Defendants
                                                      CITY OF SAUSALITO, SAUSALITO POLICE
9                                                     DEPARTMENT, CHIEF JOHN ROHRBACHER,
                                                      DETECTIVE DAVIN ROSE, POLICE OFFICERS'
10                                                    THOMAS GEORGES, SEAN SMAGALSKI, NICK
                                                      WHITE

11

12

13  Dated:  June 2, 2023                              LAW OFFICES OF BONNER & BONNER

14

15                                                    /s/ *Charles Bonner*

16                                                    CHARLES BONNER
                                                      Attorneys for Plaintiffs
17                                                    JEREMY PORTJE and AMY PORTJE

18

19  4890-3661-9040, v. 1

20          The Court adopts the Joint Case Management Statement. Case Management Conference set for June 9, 2023 is vacated.

21          A Joint Case Management Statement due by December 1, 2023. Case Management Conference set for December 8, 2023
            at 8:30 a.m. Pretrial and trial dates to be determined.

22

23          Date: June 6, 2023

24

25

26

27

28

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**