**KAUFMAN DOLOWICH & VOLUCK, LLP**
AIMEE G. HAMOY (SBN 221228)
180 Grand Ave, Suite 995
Oakland, CA  94612
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
E-mail: ahamoy@kdvlaw.com;

Attorneys for Defendants
CITY OF SAUSALITO, SAUSALITO POLICE DEPARTMENT, CHIEF JOHN ROHRBACHER, DETECTIVE DAVIN ROSE, POLICE OFFICERS' THOMAS GEORGES, SEAN SMAGALSKI, NICK WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY PORTJE AND AMY PORTJE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAUSALITO, SAUSALITO POLICE DEPARTMENT, CHIEF JOHN ROHRBACHER, DETECTIVE DAVIN ROSE, POLICE OFFICERS' THOMAS GEORGES, SEAN SMAGALSKI, NICK WHITE, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.:  3:22-cv-01029<br><br>**JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT FOLLOWING ADR**<br><br>DATE: December 8, 2023<br>TIME: 8:30 A.M.<br>Courtroom: 6 – 17th Fl.<br>　　　　　San Francisco |

The parties hereby submit this Joint Case Management Conference Statement following mediation with Judge Maria-Elena James (ret.).  Plaintiffs Jeremy Portje and Amy Portje are represented by Charles Bonner and A. Cabral Bonner of The Law Offices of Bonner & Bonner.

Defendants City of Sausalito, et al, are represented by Aimee Hamoy and Rogelio Serrano of Kaufman Dolowich & Voluck.

**STATUS OF ADR:**

The parties attended mediation on November 15, 2023. The case did not resolve, however, the mediator has set forth a proposed settlement that all parties have until December 8, 2023 to consider and provide their responses. Therefore, the parties jointly request this Court continue the Case Management Conference from December 8, 2023 to December 20, 2023 to allow time to complete the ADR process.

Dated:  November 22, 2023                KAUFMAN DOLOWICH & VOLUCK, LLP


/s/ *Aimee G. Hamoy*
AIMEE G. HAMOY
Attorneys for Defendants
CITY OF SAUSALITO, et al.


Dated:  November 22, 2023                LAW OFFICES OF BONNER & BONNER


/s/ *Charles Bonner*
CHARLES BONNER
Attorneys for Plaintiffs
JEREMY PORTJE and AMY PORTJE