**KAUFMAN DOLOWICH & VOLUCK, LLP**
AIMEE G. HAMOY (SBN 221228)
180 Grand Ave, Suite 995
Oakland, CA  94612
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
E-mail: ahamoy@kdvlaw.com;
      rserrano@kdvlaw.com

Attorneys for Defendants
CITY OF SAUSALITO, et al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY PORTJE AND AMY PORTJE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAUSALITO, SAUSALITO POLICE DEPARTMENT, CHIEF JOHN ROHRBACHER, DETECTIVE DAVIN ROSE, POLICE OFFICERS' THOMAS GEORGES, SEAN SMAGALSKI, NICK WHITE, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:22-cv-01029<br><br>**JOINT UPDATED  CASE MANAGEMENT CONFERENCE STATEMENT FOLLOWING ADR** |

    The parties hereby submit this updated further Joint Case Management Conference Statement following mediation with Judge Maria-Elena James (ret.).  Plaintiffs Jeremy Portje and Amy Portje are represented by Charles Bonner and A. Cabral Bonner of The Law Offices of Bonner & Bonner. Defendants City of Sausalito, et al, are represented by Aimee Hamoy of Kaufman Dolowich LLP.

**STATUS OF ADR:**

    The parties attended mediation on November 15, 2023.  The case is near resolution.  The parties have discussed and are finalizing both monetary and non monetary aspects of the settlement

agreement. Defendants are confirming details of the settlement with City Council and other required entites. Therefore, the parties jointly request this Court continue the Case Management Conference to May 31, 2024 to allow time to finalize the settlement terms.

Dated: April 5, 2024     KAUFMAN DOLOWICH & VOLUCK, LLP

/s/ *Aimee G. Hamoy*
AIMEE G. HAMOY
Attorneys for Defendants
CITY OF SAUSALITO, et al.

Dated: April 5, 2024     LAW OFFICES OF BONNER & BONNER

/s/ *Charles Bonner*
CHARLES BONNER
Attorneys for Plaintiffs
JEREMY PORTJE and AMY PORTJE

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2024, I electronically filed the foregoing **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles A. Bonner
Adam Bonner
Law Offices of Bonner & Bonner
475 Gate Five Road, Suite 211
Sausalito, CA 94965
(415) 331-3070
Fax: (415) 331-2738
Email: cbonner799@aol.com
Email: cabral@bonnerlaw.com

Charles Davis Dresow
Ragghianti Freitas LLP
1101 Fifth Avenue
Suite 100
San Rafael, CA 94901
415-453-9433
Fax: 415-453-8269
Email: cdresow@rflawllp.com

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants: None.

*/s/ Sterling George*
STERLING GEORGE