**LAW OFFICES OF BONNER & BONNER**
CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
475 GATE FIVE RD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
Email: cbonner799@aol.com
         cabral@bonnerlaw.com

Attorneys for Plaintiffs,
JEREMY PORTJE, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY PORTJE AND AMY PORTJE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAUSALITO, SAUSALITO POLICE DEPARTMENT, CHIEF JOHN ROHRBACHER, DETECTIVE DAVIN ROSE, POLICE OFFICERS' THOMAS GEORGES, SEAN SMAGALSKI, NICK WHITE, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:22-cv-01029<br><br>**UPDATED CASE MANAGEMENT CONFERENCE STATEMENT FOLLOWING ADR** |

Plaintiffs hereby submit this updated further Case Management Conference Statement following mediation with Judge Maria-Elena James (ret.). Plaintiffs Jeremy Portje and Amy Portje are represented by Charles Bonner and A. Cabral Bonner of The Law Offices of Bonner & Bonner. Defendants City of Sausalito, et al, are represented by Aimee Hamoy of Kaufman Dolowich & Voluck.

**STATUS OF ADR:**

The parties attended mediation on November 15, 2023. The case has reached a resolution. Both parties have discussed the finalization of both monetary and non-monetary aspects of the settlement

agreement. Plaintiffs expect to file a dismissal once the settlement check is received and cleared. Therefore, the parties jointly request this Court continue the Case Management Conference to July 26, 2024, to file a stipulation of dismissal in this matter.[1]

Dated:  June 28, 2024                    LAW OFFICES OF BONNER & BONNER

                                         */s/ A. Cabral Bonner*
                                         A. CABRAL BONNER
                                         Attorneys for Plaintiffs
                                         JEREMY PORTJE and AMY PORTJE

---

[1] Plaintiffs' counsel attempted to reach out to the opposing counsel for a joint signature but did not hear back.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2024, I electronically filed the foregoing **CASE MANAGEMENT CONFERENCE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Aimee G. Hamoy
Kaufman Dolowich & Voluck, LLP
180 Grand Ave, Suite 995
Oakland, CA 94612
(415) 926-7600
Fax: (415) 926-7601
Email: ahamoy@kdvlaw.com
Email: rserrano@kdvlaw.com

Charles Davis Dresow
Ragghianti Freitas LLP
1101 Fifth Avenue
Suite 100
San Rafael, CA 94901
415-453-9433
Fax: 415-453-8269
Email: cdresow@rflawllp.com

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants: None.

/s/ Kennedy Rodas
Kennedy Rodas