**LAW OFFICES OF BONNER & BONNER**
CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
475 GATE FIVE RD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
Email: cbonner799@aol.com
       cabral@bonnerlaw.com
Attorneys for Plaintiffs,
JEREMY PORTJE, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY PORTJE AND AMY PORTJE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAUSALITO, SAUSALITO POLICE DEPARTMENT, CHIEF JOHN ROHRBACHER, DETECTIVE DAVIN ROSE, POLICE OFFICERS' THOMAS GEORGES, SEAN SMAGALSKI, NICK WHITE, AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:22-cv-01029<br><br>**STIPULATION FOR DISMISSAL UNDER FED. R. CIV. 41(a)(1)(A)(ii)** |

## **STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure section (a)(1)(A)(ii) and the parties' written settlement agreement.

**IT IS SO STIPULATED.**

Dated:  July 23, 2024                LAW OFFICES OF BONNER & BONNER

                                     /s/A. Cabral Bonner
                                     A. CABRAL BONNER
                                     Attorneys for Plaintiffs
                                     JEREMY PORTJE and AMY PORTJE

Dated:  July 23, 2024                KAUFMAN DOLOWICH LLP

                                     /s/ Arthur Gaus
                                     ARTHUR GAUS
                                     Attorneys for Defendants
                                     CITY OF SAUSALITO, et al.

Pursuant to Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 23, 2024                 **LAW OFFICES OF BONNER & BONNER**

                                     /s/ A. Cabral Bonner
                                     A. Cabral Bonner
                                     Attorney for Plaintiffs